JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUKHWINDER SINGH, ET AL., | No. C 08-2362 SI |
| Plaintiffs, | |
| v. | |
| MICHAEL CHERTOFF, Secretary, et al., | **STIPULATION TO EXTEND ANSWER DEADLINE** |
| Defendants. | |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a one-week extension of the answer deadline.

STIPULATON TO EXTEND ANSWER DEADLINE
C 08-2362 SI

1    Dated: July 7, 2008                         Respectfully submitted,

2                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
3

4                                                     /s/
                                                 EDWARD A. OLSEN
5                                                Assistant United States Attorney
                                                 Attorneys for Defendants
6
     Dated: July 7, 2008                              /s/
7                                                ROBERT B. JOBE
                                                 Attorney for Plaintiffs
8

9
                                        **ORDER**
10
          Pursuant to stipulation, IT IS SO ORDERED.
11

12   Dated: July ___, 2008
                                                 _____
13                                               SUSAN ILLSTON
                                                 United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     STIPULATON TO EXTEND ANSWER DEADLINE
     C 08-2362 SI