1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                     UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 SUKHWINDER SINGH,                     )
   DHARAM SINGH,                         )  No. C 08-2362 SI
13                                       )
                  Plaintiffs,            )
14                                       )  **STIPULATION TO EXTEND DATES;**
              v.                         )  **and [PROPOSED] ORDER**
15                                       )
   MICHAEL CHERTOFF, Secretary,          )
16 Department of Homeland Security; LYNNE )
   SKEIRIK, Director, National Visa Center; U.S. )
17 Consul General MICHAEL S. OWEN, U.S.  )
   Embassy New Delhi, India; CONDOLEEZZA )
18 RICE, Secretary of State,             )
                                         )
19                Defendants.            )
   _____)

20

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1.  Plaintiffs filed this action on or about May 7, 2008.  Defendants' filed their response on

24 July 14, 2008.

25     2.  Pursuant to this Court's May 7, 2008 Order Setting Initial Case Management Conference,

26 the parties are required to file a joint case management statement on August 8, 2008, and attend a

27 case management conference on August 15, 2008.

28

   Stipulation to Extend Dates
   C 08-2362 SI                          1

1    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

2  and prepare a joint case management statement, the parties hereby respectfully ask this Court to

3  extend the dates in the Court's scheduling order as follows:

4      Last day to file Joint ADR Certification:            August 29, 2008

5      Last day to file/serve Joint Case Management Statement:   September 12, 2008

6      Case Management Conference:              September ~~19,~~ 2008 at 2:00 p.m.
                                                      22

7  Date: August 6, 2008                Respectfully submitted,

8                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

9

10                                        /s/
                                    EDWARD A. OLSEN

11                                    Assistant United States Attorney
                                    Attorneys for Defendants

12

13

14  Date: August 6, 2008                 /s/
                                      ROBERT B. JOBE
                                    Attorney for Plaintiffs

15

16                              **ORDER**

17      Pursuant to stipulation, IT IS SO ORDERED.

18  Date:

19                          SUSAN ILLSTON
                          United States District Judge

20

21

22

23

24

25

26

27

28

Stipulation to Extend Dates
C 08-2362 SI                   2